STATE v. SPECIAL TAX SCHOOL DISTRICT NUMBER 1 OF SANTA ROSA COUNTY, acting by and through its governing authority, BOARD OF PUBLIC INSTRUCTION OF SANTA ROSA.

179 So. 684.

Opinion Filed March 2, 1938.

*E. Dixie Beggs, Jr., State Attorney,* for Appellant;
*Giles J. Patterson* and *T. Franklin West,* for Appellee.

TERRELL, J.—The record and brief in this cause have been examined. The question raised and facts influencing its decision are found to be identical with those determining the decision of Special Tax School District Number 7-B of Santa Rosa County, Florida, v. State of Florida, decided this date. Only the party appellee is different.

The judgment below is accordingly affirmed on authority of the last cited case.

Affirmed.

ELLIS, C. J., and WHITFIELD, BROWN, BUFORD and CHAPMAN, J. J., concur.